# United States District Court
## Northern District of New York
## CIVIL JUDGMENT

Belva Comins,                                  Case Number: 5:05cv556
        Plaintiff,
                                        (FJS/GHL)

    -v-

Michael J. Astrue, Commissioner.
Social Security Administration,

        Defendant.

    [X]    Decision by Court.    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, Magistrate Lowe's Report and Recommendations, is ADOPTED in its entirety. The Commissioner's decision is AFFIRMED and plaintiff's Complaint is DISMISSED.

    All of the above pursuant to Order of Senior United States District Court Judge, Frederick J. Scullin, Jr., dated March 26, 2009.


                                              Lawrence K. Baerman, Clerk

Dated: March 26, 2009


                                                        s/

                                          Marie N. Marra, Deputy Clerk